The People of the State of Illinois ex rel. Lisetta Bird, appellee, v. Charles Tyler, Jr., appellant. Gen. No. 7,924.

Heard in this court at the May term, 1928. ▮ Opinion filed February 26, 1929.

George W. Hunt, for appellant. Shelton F. McGrath, of counsel. Harry K. Ward, for appellee.

Mr. Justice Jett delivered the opinion of the court.